# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **ERIE INSURANCE EXCHANGE, ET AL,** | * |
| Plaintiffs, | * |
| v. | * Case No.: RWT 08cv1489 |
| **POTOMAC ELECTRIC AND POWER COMPANY,** | * |
| Defendant. | * |

## MEMORANDUM OPINION AND ORDER

Plaintiffs Erie Insurance Exchange and Shennel Stephenson initiated this action in the Circuit Court for Prince George's County, Maryland, and Defendant Potomac Electric and Power Company removed it to this Court on June 6, 2008. See ECF Nos. 1 & 2. The Court entered a scheduling order on July 9, 2008, see ECF No. 14, and subsequently granted a motion to extend the deadlines therein, see ECF No. 16. The amended scheduling order set the discovery deadline as January 26, 2009, and the dispositive pretrial motions deadline as February 25, 2009. See ECF No. 16. No document has been filed in this matter since December 1, 2008.

Local Rule 103.8(b) governs actions that have been dormant for more than nine months. It states:

> **Dormancy of Action for Nine Months**
> If no document has been filed in Court in any action for more than nine (9) months, the Court may enter an order asking the parties to show cause why the case should not be dismissed. If good cause is not shown within fourteen (14) days of the entry of the show cause order or such other time as may be set by the Court, the case shall be dismissed without prejudice.

Pursuant to Local Rule 103.8(b), the Court will dismiss this case without prejudice unless the parties show good cause as to why this matter has been dormant for more than nine (9) months.

Accordingly, it is on this 27th day of August, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that the parties are directed to **SHOW CAUSE** within fourteen (14) days of entry of this Order as to why this case should not be dismissed.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
